**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **JOSUE ERNESTO BARRIENTOS ARDON,** | ) | |
| **Petitioner,** | ) | |
| **v.** | ) | **Case No. CIV-26-2681-R** |
| **WARDEN, CIMARRON CORRECTIONAL FACILITY, et al.,** | ) | |
| **Defendant.** | ) | |

**ORDER**

Mr. Ardon failed to object to Judge Mitchell's Recommendation that the Court deny his Motion to Expedite [Doc. No. 2] and Motion for a Temporary Restraining Order [Doc. No. 3]. So the Court ADOPTS Judge Mitchell's R&R and DENIES the Motions.

IT IS SO ORDERED this 18th day of November 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE